IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18-CV-97

| | |
|---|---|
| LORETTA SILVA, *et al*, )<br>                 Plaintiffs, )<br>v. )<br>)<br>CAROL PAVLAK, *et al*, )<br>                 Defendants. )<br>) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **John D. "Jack" Wilenchik,** filed August 24, 2018 [doc. # 13].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Wilenchik is admitted to appear before this court *pro hac vice* on behalf of Defendants, Carol Pavlak and Deborah Dragotti.

**IT IS SO ORDERED.**   Signed: August 27, 2018

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge