**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION**

| | |
|---|---|
| LORETTA SILVA AND ROBERT DRAGOTTI, individually, as Co-Trustees of The Dragotti Investment Trust, dated February 28, 2017, and LORETTA SILVA, as Executrix of the Estate of Carmela Dragotti,<br><br>Plaintiffs,<br><br>v.<br><br>CAROL PAVLAK,<br><br>Defendant. | Case No. 5:18-cv-00097 |

## JUDGMENT

This matter comes before the Court upon the parties' joint request for entry of a consent Judgment, which is requested by the parties in furtherance of and pursuant to the mediated settlement agreement reached on April 4, 2019.

The Court has reviewed this proposed consent Judgment, finds it in accordance with the mediated settlement agreement, the wishes of the parties, and valid as a matter of law.

IT IS THEREFORE ORDERED as follows:

1. The parties' joint request for entry of a consent Judgment is GRANTED.

2. Pursuant to 28 U.S.C. § 2201 et seq., the Court declares that Loretta Silva and Robert Dragotti are the lawful Successor Co-Trustees of The Dragotti Investment Trust and, as such and in that capacity, have all attendant obligations, rights and authority, including the right and authority to obtain, hold, manage and dispose of the trust property on behalf of The Dragotti Investment Trust, including, but not limited to, the cash assets

and the residence located at 40 Coventry Avenue, Albertson, New York 11507, in accordance with the terms of The Dragotti Investment Trust.

3. By and with the stipulation and consent of the parties, all other claims asserted in this lawsuit by any party are hereby dismissed with prejudice. Accordingly, this Judgment disposes of this lawsuit in its entirety.

4. All outstanding costs, expenses, and attorneys' fees incurred in connection with this action shall be paid in accordance with the parties' mediated settlement agreement.

Signed: April 16, 2019

Graham C. Mullen
United States District Judge